OPINION — AG — ** TEACHER'S RETIREMENT SYSTEM — CALCULATION ** A CLASSIFIED MEMBER OF THE OKLAHOMA TEACHER'S RETIREMENT SYSTEM WHOSE DATE OF EMPLOYMENT OCCURRED PRIOR TO JULY 1, 1978, BUT WHOSE EFFECTIVE DATE OF RETIREMENT BEGAN ON OR AFTER JULY 1, 1978, DOES `NOT' QUALIFY FOR THE RETIREMENT ALLOWANCE CALCULATION FIGURES AUTHORIZED BY 70 O.S. 17-116.2 [70-17-116.2](A) (BENEFITS, TEACHERS, SCHOOL, EFFECTIVE DATE) CITE: 70 O.S. 116.2 [70-116.2], 70 O.S. 17-106 [70-17-106](1), 70 O.S. 17-106 [70-17-106](7) (MICHAEL SCOTT FERN) ** SEE OPINION NO. 92-598 (1992)